

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:       In the Interest of K.N.D., a Child

Appellate case number:    01-12-00584-CV

Trial court case number:   1103002J

Trial court:                314th District Court of Harris County

Date motion filed:          January 18, 2013

Party filing motion:        Appellee, Department of Family and Protective Services

      It is ordered that the motion for reconsideration en banc is **denied.**


Judge's signature: /s/  Michael Massengale
                            Acting for the Court

Panel consists of: Chief Justice Radack, Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.


Date:  February 20, 2013